IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LAWRENCE A. SILVER | * | |
| | * | |
| v. | * | Civil No. JFM-01-277 |
| | * | |
| EQUIFAX CREDIT INFORMATION | * | |
| SERVICES, INC. AND FLAGSHIP | * | |
| CREDIT CORPORATION | * | |
| | ***** | |

ORDER

Upon consideration of plaintiff's request for preliminary injunctive relief and defendants' opposition thereto, it is, this 29th day of May 2001

ORDERED that said motion be denied.

_____
J. Frederick Motz
United States District Judge