UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

July 9, 2001

MEMO TO COUNSEL RE:   Lawrence A. Silver v. Equifax Credit Information Services
Civil No. JFM-01-277

Dear Counsel:

In accordance with your joint request, the Scheduling Order is hereby modified as follows:

| | |
|---|---|
| August 27, 2001 | Discovery deadline; status report due |
| September 5, 2001 | Requests for admissions |
| September 26, 2001 | Summary judgment motions deadline (subject to the procedure set forth in L.R. 105.2.c) |

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File