IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LAWRENCE A. SILVER | * | |
| | * | |
| v. | * | Civil No. JFM-01-277 |
| | * | |
| EQUIFAX CREDIT INFORMATION SERVICES | * | |
| | * | |

ORDER

On February 2, 2001, plaintiff filed a request for waiver of bond in connection with a motion for preliminary injunction it filed. On May 29, 2001, I denied plaintiff's motion for preliminary injunction. Accordingly, it is, this 23rd day of July 2001

ORDERED that plaintiff's request for waiver of bond is denied as moot.

J. Frederick Motz
United States District Judge

