IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LAWRENCE A. SILVER | * | |
| Plaintiff(s) | * | Case No.: JM 01 CV 277 |
| vs. | * | |
| EQUIFAX CREDIT INFORMATION SERVICES, INC., and FLAGSHIP CREDIT CORPORATION | * | |
| | * | ✓ FEE PAID |
| Defendant(s) | * | ___ FEE NOT PAID (SEND LETTER) |

******

**MOTION FOR ADMISSION *PRO HAC VICE***

I, Nathan Daniel Adler _____, am a member in good standing of the bar of this Court. My bar number is _____. I am moving the admission of Bradley J. Miller _____ to appear *pro hac vice* in this case as counsel for Equifax Credit Information Services, Inc. _____.

We certify that:

1. Enclosed is the $50.00 fee for admission *pro hac vice*. (NOTE: Make check payable to: Clerk, United States District Court.)

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Supreme Court of Georgia | 1999 |
| Georgia State and Superior Courts | 1996 |
| United States District Court, Northern District of Georgia | 1997 |
| United States Court of Appeals for the Fourth and Fifth Circuit | 2000 |
| United States District Court, District of Colorado | 2001 |

3.      During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court one time.

4.      The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

5.      The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6.      The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7.      Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *Nate D. Adler* (signature) | *Signature* |
| Signature | Signature |
| Nathan Daniel Adler | Bradley J. Miller |
| Printed Name | Printed Name |
| Neuberger, Quinn, Gielen, Rubin & Gibber | Kilpatrick Stockton LLP |
| Firm | Firm |
| One South Street, 27th Floor Baltimore, Maryland 21202-3201 | 1100 Peachtree Street, Suite 2800 Atlanta, Georgia 30309 |
| Address | Address |
| 410-332-8516 | 404-815-6500 |
| Telephone Number | Telephone Number |
| 410-951-6039 | 410-815-6555 |
| Fax Number | Fax Number |

*************************************************************

Page 3 of 4

# ORDER

☑ GRANTED   ☐ DENIED

_September 25, 2001_
Date

_[signature]_
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of September, 2001, a copy of the foregoing Motion for Admission *Pro Hac Vice* was mailed first class, postage prepaid, to:

>Douglas C T Maloon
>110 St Paul St
>Suite 200
>Baltimore Md  21202


>Charles S Hirsch
>Ballard Spahr et al
>19th Fl
>300 E Lombard
>Baltimore Md  21202

>John K Semler Jr
>Ballard Spahr et al
>1735 Market St
>Philadelphia Pa  19103 7599

_____
NATHAN D. ADLER