UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

October 11, 2001

MEMO TO COUNSEL RE:  Lawrence A. Silver v. Equifax Credit Information Services
Civil No. JFM-01-277

Dear Counsel:

This will confirm the modifications made to the scheduling order set during our conference held yesterday.

| | |
|---|---|
| November 9, 2001 | Discovery deadline |
| November 30, 2001 | Deadline for Flagship to file summary judgment motion |
| December 21, 2001 | Deadline for plaintiff to file opposition to defendants' summary judgment motions |
| January 11, 2002 | Deadline for defendants to file replies |

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File