IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LAWRENCE A. SILVER, )
)
Plaintiff )
)
v. ) Civil Action No. JFM-01-0277
)
EQUIFAX CREDIT INFORMATION )
SERVICES, INC. and FLAGSHIP )
CREDIT CORPORATION, )
)
Defendants. )
)

ORDER

For the reasons stated in the accompanying memorandum, it is, this ___ day of February 2002 ORDERED:

1. Defendants' Motions for Summary Judgment are granted;

2. Judgment is entered in favor of Defendants; and

3. Defendant Equifax's Motion to Compel Discovery is denied as moot.

J. Frederick Motz
United States District Judge